FILED
CLERK, U.S. DISTRICT COURT

02/29/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TESORO REFINING & MARKETING COMPANY LLC**, a Delaware limited liability company; **TESORO SOCAL PIPELINE COMPANY LLC**, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**OIL OPERATORS INCORPORATED**, a California Corporation and DOES 1-50 inclusive<br><br>Defendants.<br>_____<br>**OIL OPERATORS INCORPORATED**, a California Corporation<br><br>Counter-Claimant,<br><br>v.<br><br>**TESORO REFINING & MARKETING COMPANY LLC**, a Delaware limited liability company; **TESORO SOCAL PIPELINE COMPANY LLC**, a Delaware limited liability company, and ROES 100-150, inclusive<br><br>Counter-Defendants. | Case No.: **2:15-CV-3497 RGK (FFMx)**<br><br>Original Complaint Filed: May 8, 2015<br>Counter-Claim Filed: October 7, 2015<br><br>Assigned for all Purposes to:<br>Judge R. Gary Klausner<br>Dept: 850<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE IN RESPONSE TO ORDER TO SHOW CAUSE (FED. R. CIV. PROC. 41)** |

Based upon the stipulation submitted by Plaintiffs and Counter-Defendants Tesoro Refining & Marketing Company LLC and Tesoro SoCal Pipeline Company LLC (collectively, "Tesoro"), and Defendant and Counterclaimant, Oil Operators, Incorporated ("OOI"), the Court hereby ORDERS as follows:

The entire above-captioned action, including the First Amended Complaint of Tesoro and the Counterclaim of OOI, is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: Feb. 29, 2016

By: *[signature]*
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE IN RESPONSE TO ORDER TO SHOW CAUSE (FED. R. CIV. PROC. 41)